**Electronically Filed
Supreme Court
SCWC-18-0000522
23-OCT-2019
02:16 PM**

SCWC-18-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

PEKELO K.K. MELENDEZ,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000522; CR. NO. 1CPC-17-0000779)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Pekelo K.K. Melendez's Application for Writ of Certiorari, filed on September 12, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

